```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 08 B 03602
    JAMES HAWTHORNE
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-2694

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/17/2008 and was confirmed 05/05/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/27/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
CAPITAL ONE                 UNSECURED         1155.27           .00             .00
OCWEN FEDERAL BANK          NOTICE ONLY     NOT FILED           .00             .00
OCWEN FEDERAL BANK          CURRENT MORTG        .00            .00             .00
OCWEN FEDERAL BANK          MORTGAGE ARRE    8955.84            .00         8955.84
INTERNAL REVENUE SERVICE    UNSECURED       29365.87            .00             .00
ILLINOIS DEPT OF REVENUE    UNSECURED        1583.13            .00             .00
OCWEN FEDERAL BANK          NOTICE ONLY     NOT FILED           .00             .00
OCWEN LOAN SERVICING LLC    NOTICE ONLY     NOT FILED           .00             .00
OCWEN FEDERAL BANK          UNSECURED       NOT FILED           .00             .00
INTERNAL REVENUE SERVICE    PRIORITY        63475.55            .00             .00
ECAST SETTLEMENT CORP       UNSECURED         200.18            .00             .00
ILLINOIS DEPT OF REVENUE    PRIORITY         3303.89            .00             .00
NELLA E MARIANI             DEBTOR ATTY     2,500.00                        2,500.00
TOM VAUGHN                  TRUSTEE                                           996.16
DEBTOR REFUND               REFUND                                               .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 12,452.00

PRIORITY                                            .00
SECURED                                        8,955.84
UNSECURED                                           .00
ADMINISTRATIVE                                 2,500.00
TRUSTEE COMPENSATION                             996.16
DEBTOR REFUND                                       .00
                        ---------------       ---------------
TOTALS                  12,452.00              12,452.00


              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 03602 JAMES HAWTHORNE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/26/09 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |